B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**HearUSA, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**22-2748248** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1250 NorthPoint Parkway**<br>**West Palm Beach, FL**<br>ZIP Code **33407** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**HearUSA, Inc.** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)  Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **HearUSA, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Paul Steven Singerman**
Signature of Attorney for Debtor(s)

**Paul Steven Singerman 378860**
Printed Name of Attorney for Debtor(s)

**Berger Singerman, P.A.**
Firm Name

**200 South Biscayne Blvd
Suite 1000
Miami, FL 33131**
Address

**Email: singerman@bergersingerman.com
305-755-9500  Fax: 305-714-4340**
Telephone Number

**May 16, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph J. Luzinski**
Signature of Authorized Individual

**Joseph J. Luzinski**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual

**May 16, 2011**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## United States Bankruptcy Court
### Southern District of Florida

In re **HearUSA, Inc.**  
                Debtor(s)

Case No. _____  
Chapter **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **001-11655**.

2. The following financial data is the latest available information and refers to the debtor's condition on **April 2, 2011**.

   a. Total assets          $ **65,561,633.00**

   b. Total debts (including debts listed in 2.c., below)     $ **64,706,303.00**

   c. Debt securities held by more than 500 holders:                          Approximate number of holders:

   | | | | | | |
   |---|---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | | 0 |

   d. Number of shares of preferred stock        101        101

   e. Number of shares common stock        45,609,757        6,981

   Comments, if any:  
   **The Debtor's shares are publicly traded on the New York Stock Exchange Amex under the symbol EAR.**

3. Brief description of Debtor's business:  
   **The Debtor sells hearing aids through its network of appromixately 1,800 hearing care provider locations, including 137 company-owned centers.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:  
   **Siemens Hearing Instruments, Inc.**  
   **Jack Silver, SIAR Capital, LLC**  
   **Arcadia Capital Adviors, LLC**  
   **Paul A. Brown, M.D.**  
   **Michel Labadie**

## SECRETARY'S CERTIFICATE

## HEARUSA, INC.

The undersigned, as Corporate Secretary of HearUSA, Inc., a Delaware corporation (the "Company"), does hereby certify as follows:

1. She is duly elected and acting Corporate Secretary of the Company and as such is authorized to deliver this certificate on behalf of the Company;

2. Attached as <u>Exhibit A</u> hereto is a true and complete copy of resolutions adopted by the Board of Directors of the Company on May 9, 2011 authorizing and approving the Company's commencement of bankruptcy proceedings and approving certain agreements and engagements in connection therewith (the "Resolutions"). The Company has taken no action in contemplation of any amendment or repeal of the Resolutions;

IN WITNESS WHEREOF, the undersigned has executed this certificate as of May 12, 2011.

*/s/ Denise Pottlitzer*
Denise Pottlitzer
Corporate Secretary

303531.1

1

## Exhibit A

## Resolutions of the Board of Directors

303531.1

**RESOLUTIONS
OF THE
BOARD OF DIRECTORS OF
HEARUSA, INC.**

At a meeting of the Board of Directors of HearUSA, Inc., a Delaware corporation (the "**Company**"), duly convened on May 9, 2011 at which the following directors were present: Thomas Archibald, Bruce Bagni, Paul A. Brown, Joseph Gitterman, Stephen J. Hansbrough, David McLachlan, Oz Tangun and Stephen Webster, the following resolutions were duly adopted:

WHEREAS, the Board of Directors of the Company has determined that it is in the best interest of the Company to authorize and empower management of the Company to file a Chapter 11 bankruptcy case on behalf of the Company;

WHEREAS, the Company has received an offer from a wholly owned subsidiary of William Demant Holding A/S ("**Purchaser**") to purchase substantially all of the assets of the Company for a purchase price of $70,000,000.00 plus the assumption of certain liabilities, debtor in possession financing, and the payment of certain cure amounts.

1.      **Chapter 11 Case.**

NOW THEREFORE, BE IT RESOLVED that the Board of the Directors of the Company, for and on behalf of the Company, approves the prompt filing by the Company of a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "**Chapter 11 Case**") in the United States Bankruptcy Court for the Southern District of Florida (the "**Court**"), and to execute and deliver any and all documents required by, or necessary or appropriate with respect to, the filing and administration of the Chapter 11 Case (collectively, the "**Chapter 11 Documents**"); and it is further

RESOLVED, that the Board of Directors of the Company, for and on behalf of the Company, approves and ratifies the employment by the Company of the law firm of Berger Singerman, P.A. as bankruptcy counsel for the Company and authorizes and directs the President and Chief Operating Officer and the Chief Financial Officer or Chief Restructuring Officer, or any of them (the "**Authorized Officers**") to enter into an engagement letter for such purpose on such terms and conditions as the Authorized Officers deem appropriate; and it is further

RESOLVED, that the Board of Directors of the Company, for and on behalf of the Company, approves and ratifies the employment by the Company of Bryan Cave, LLP as special counsel for the Company and authorizes and directs the Authorized Officers to enter into an engagement letter for such purpose on such terms and conditions as the Authorized Officers deem appropriate; and it is further

RESOLVED, that the Board of Directors of the Company, for and on behalf of the Company, approves and ratifies the employment by the Company of Development Specialists, Inc. ("**DSI**") as financial advisors for the Company, and specifically to engage DSI to appoint

one of its personnel to serve as Chief Restructuring Officer of the Company for purposes of the Chapter 11 Case, and authorizes and directs the Authorized Officers to enter into an engagement letter for such purpose on such terms and conditions as the Authorized Officers deem appropriate; and it is further

RESOLVED, that the Board of Directors of the Company, for and on behalf of the Company, approves and ratifies the employment by the Company of Sonenshine Partners as investment banker for the Company in connection with the Chapter 11 Case, and authorizes and directs the Authorized Officers to enter into an amended and revised engagement letter for such purpose on such terms and conditions as the Authorized Officers deem appropriate; and it is further

RESOLVED, that the Board of Directors of the Company, for and on behalf of the Company, approves and ratifies the employment by the Company of AlixPartners, LLC to provide strategic communication services in connection with the Chapter 11 Case, and authorizes and directs the Authorized Officers to enter into an engagement letter for such purpose on such terms and conditions as the Authorized Officers deem appropriate; and it is further

2.  **Asset Purchase Agreement.**

RESOLVED, that, after consultation with its counsel, financial advisor and investment banker, the Board of Directors has determined that it is in the best interests of the Company to execute and deliver the proposed with William Demant Holding A/S and its wholly owned subsidiary, substantially in form and content as presented to the Board of Directors on this date (the "**Asset Purchase Agreement**"), with such changes as the Authorized Officers deem to be necessary, desirable or appropriate, and hereby approves and directs the execution by the Authorized Officers and delivery of the Asset Purchase Agreement and each of the documents contemplated by such agreement and, subject to the entry of an order approving the sale by the Bankruptcy Court, the consummation of the transactions contemplated by the Asset Purchase Agreement; and it is further

3.  **DIP Financing.**

RESOLVED, that, after consultation with its counsel, financial advisor and investment banker, the Board of Directors has determined that it is in the best interests of the Company to execute and deliver the proposed Credit and Security Agreement with William Demant Holding A/S or its affiliate, substantially in form and content as presented to the Board of Directors on this date (the "**DIP Agreement**"), with such final changes as the Authorized Officers deem to be necessary, desirable or appropriate, and hereby approves and directs the execution by the Authorized Officers and delivery of the DIP Agreement and each of the documents contemplated by such agreement and, subject to the entry of an order approving the DIP Agreement, the consummation of the transactions contemplated by the DIP Agreement; and it is further

4.  **General Authorization and Ratification.**

RESOLVED, that each of the Authorized Officers, acting without the joinder of any

other Authorized Officer is directed to prepare and execute, and, if required, the Secretary or any Assistant Secretary is directed to attest to, (i) all Chapter 11 Documents, (ii) all documents, certificates and instruments required by, referenced or described in, or related to the Chapter 11 Case, and (iii) the Asset Purchase Agreement and any and all documents in connection with the Asset Purchase Agreement; and is further

RESOLVED, that the Authorized Officers are hereby authorized to, and to cause any other Authorized Officer of the Company to, execute and deliver the Chapter 11 Documents in the name and on behalf of the Company, or otherwise to take all actions (including, without limitation, (i) negotiation, execution, delivery, and filing of any agreements, certificates, or other instruments or documents, (ii) the payment of any consideration, and (iii) the payment of expenses and taxes) as such Authorized Officer may deem necessary, appropriate, or advisable (such acts to be conclusive evidence that such Authorized Officer deemed the same to be necessary, appropriate, or advisable) in order to commence and administer the Chapter 11 Case, and all acts of any Authorized Officer taken pursuant to the authority granted herein, or having occurred prior to the date hereof in order to effect such transactions, are hereby approved, adopted, ratified, and confirmed in all respects; and it is further

RESOLVED, that the Authorized Officers of the Company and counsel for the Company are hereby authorized and directed to take all such further actions and execute and deliver all such further instruments and documents in the names and on behalf of the Company under their corporate seals or otherwise and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of each of the foregoing resolutions; and it is further

RESOLVED, that any acts of either of the Authorized Officers and of any person or persons designated or authorized to act by any Authorized Officer of the Company, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved and adopted in all respects.

3624238-2

3