B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **HearUSA, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BRYAN CAVE<br>PO BOX 503089<br>ST LOUIS, MO 63150-3089 | BRYAN CAVE<br>PO BOX 503089<br>ST LOUIS, MO 63150-3089 | | | 466,069.80 |
| OTICON INC<br>PO BOX 8500-52843<br>PHILADELPHIA, PA 19178-2843 | OTICON INC<br>PO BOX 8500-52843<br>PHILADELPHIA, PA 19178-2843 | | | 259,029.75 |
| HANSATON ACCOUSTICS INC.<br>15650 36TH AVE. N.<br>STE # 110<br>Plymouth, MN 55446 | HANSATON ACCOUSTICS INC.<br>15650 36TH AVE. N.<br>STE # 110<br>Plymouth, MN 55446 | | | 242,126.00 |
| UNITED HEALTHCARE OF FL,INC.<br>ATTN: BRIAN MURRAY<br>13621 NW 12TH STREET<br>SUNRISE, FL 33323 | UNITED HEALTHCARE OF FL,INC.<br>ATTN: BRIAN MURRAY<br>13621 NW 12TH STREET<br>SUNRISE, FL 33323 | | | 187,221.72 |
| PHONAK<br>35555 EAGLE WAY<br>CHICAGO, IL 60678-1355 | PHONAK<br>35555 EAGLE WAY<br>CHICAGO, IL 60678-1355 | | | 177,695.88 |
| AARP<br>601 E. STREET NW<br>WASHINGTON, DC 20049 | AARP<br>601 E. STREET NW<br>WASHINGTON, DC 20049 | | | 115,211.76 |
| JKG CORPORATION<br>990 S. ROGERS CIRCLE<br>SUITE 8<br>BOCA RATON, FL 33487 | JKG CORPORATION<br>990 S. ROGERS CIRCLE<br>SUITE 8<br>BOCA RATON, FL 33487 | | | 113,621.19 |
| SPECTRUM BRANDS<br>7040 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | SPECTRUM BRANDS<br>7040 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | | 69,119.00 |
| DAILY NEWS<br>450 W 33RD STREET<br>NEW YORK, NY 10001 | DAILY NEWS<br>450 W 33RD STREET<br>NEW YORK, NY 10001 | | | 68,540.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   HearUSA, Inc.                                     Case No.   _____
                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| FAMILY HEARING AID CENTER<br>309 NOLANA, STE 1-W<br>MCALLEN, TX 78504 | FAMILY HEARING AID CENTER<br>309 NOLANA, STE 1-W<br>MCALLEN, TX 78504 | | | 63,258.00 |
| STARKEY<br>6700 WASHINGTON AVE SOUTH<br>EDEN PRAIRIE, MN 55344 | STARKEY<br>6700 WASHINGTON AVE SOUTH<br>EDEN PRAIRIE, MN 55344 | | | 56,926.93 |
| USI INSURANCE SERVICES, LLC<br>BANK OF AMERICA LOCKBOX<br>LOCKBOX 406376<br>ATLANTA, GA 30384-6376 | USI INSURANCE SERVICES, LLC<br>BANK OF AMERICA LOCKBOX<br>LOCKBOX 406376<br>ATLANTA, GA 30384-6376 | | | 53,893.92 |
| DOWD, KATHY<br>1928 RANDOLPH ROAD<br>SUITE 215<br>CHARLOTTE, NC 28207 | DOWD, KATHY<br>1928 RANDOLPH ROAD<br>SUITE 215<br>CHARLOTTE, NC 28207 | | | 49,844.42 |
| OAKTREE PRODUCTS INC<br>716-J CROWN INDUSTRIAL<br>CHESTERFIELD, MO 63005 | OAKTREE PRODUCTS INC<br>716-J CROWN INDUSTRIAL<br>CHESTERFIELD, MO 63005 | | | 46,907.11 |
| PRECISION LABORATORIES INC.<br>PO BOX 609500<br>ORLANDO, FL 32860 | PRECISION LABORATORIES INC.<br>PO BOX 609500<br>ORLANDO, FL 32860 | | | 43,967.99 |
| BDO SEIDMAN<br>PO BOX 642743<br>PITTSBURG, PA 15264-2743 | BDO SEIDMAN<br>PO BOX 642743<br>PITTSBURG, PA 15264-2743 | | | 36,760.00 |
| VERIZON BUSINESS<br>ACCT# 93322186<br>P.O. BOX 371392<br>PITTSBURGH, PA 15251 | VERIZON BUSINESS<br>ACCT# 93322186<br>P.O. BOX 371392<br>PITTSBURGH, PA 15251 | | | 36,209.13 |
| ADVISORY FINANCIAL GROUP<br>401 LAS OLAS BOULEVARD<br>SUITE 400<br>FT. LAUDERDALE, FL 33301 | ADVISORY FINANCIAL GROUP<br>401 LAS OLAS BOULEVARD<br>SUITE 400<br>FT. LAUDERDALE, FL 33301 | | | 32,755.00 |
| DALCO CONTINGENCY, LLC<br>P.O. BOX 1000<br>DEPT 468<br>MEMPHIS, TN 38148 | DALCO CONTINGENCY, LLC<br>P.O. BOX 1000<br>DEPT 468<br>MEMPHIS, TN 38148 | | | 32,275.76 |
| NEWSDAY<br>235 PINELAWN ROAD<br>MELVILLE, NY 11747-4250 | NEWSDAY<br>235 PINELAWN ROAD<br>MELVILLE, NY 11747-4250 | | | 31,840.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  HearUSA, Inc. 	Case No. _____
       _____
              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 16, 2011**              Signature  **/s/ Joseph J. Luzinski**
                                              **Joseph J. Luzinski**
                                              **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.