UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                              Chapter 11 Case

HearUSA, Inc.,[1]                                   Case No. 11-23341-EPK

     Debtor.

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), HearUSA, Inc. ("HearUSA" or the "Debtor"),

files this *Chapter 11 Case Management Summary* and states:

The following data and the data set forth in the attached exhibits represent

approximations for background information only and the information may represent the Debtor's

reasonable estimate in response to some of the ensuing questions.

1.    **Date of Order for Relief under Chapter 11 (filing date of petition if voluntary chapter 11 petition):**

The Debtor filed a Voluntary Chapter 11 Petition in the United States Bankruptcy Court for the Southern District of Florida on May 16, 2011 (the "Petition Date").

2.    **Names, case numbers and dates of filing of related Debtor:**

None

3.    **Description of Debtor's business:**

HearUSA is the recognized leader in hearing care for the nation's top managed care organizations. HearUSA sells hearing aids through its network of approximately 1,800 hearing care provider locations, including 134 company-owned centers. HearUSA is a Delaware corporation that was incorporated on April 11, 1986, under the name HEARx Ltd., and formed HEARx West LLC ("Hearx West"), a fifty-percent joint venture with The Permanente Federation, LLC ("Kaiser") in 1998. In July 2002, HearUSA acquired Helix Hearing Care of America Corp. and changed its name from HEARx Ltd. to HearUSA, Inc. The shares of HearUSA are publicly traded on the New York Stock Exchange Amex

_____

[1] The address of the Debtor is 1250 Northpoint Parkway, West Palm Beach, Florida 33407; and the last four digits of the taxpayer identification number of the Debtor are (8248).

(now known as NYSE Euronext) under the symbol EAR.   As of April 10, 2011, there are 45,609,757 shares of stock issued and outstanding.

For a more detailed description of the Debtor, its operations, and its assets and liabilities, the Debtor respectfully refers the Court and parties-in-interest to the *Declaration of Joseph J. Luzinski in Support of Chapter 11 Petition and Request for First Day Relief* [D.E. No. 5] (the "First Day Declaration").

4. **Location of Debtor's operations and whether the business premises are leased or owned:**

The Debtor's corporate headquarters is located at 1250 Northpoint Parkway, West Palm Beach, Florida 33407.   The Debtor's business premises are leased. The Debtor maintains 134 locations in 10 states across the country.  The Debtor leases all of these locations.  For further detail, see attached **Exhibit "A".**

5. **Reasons for filing chapter 11:**

Please see the First Day Declaration.

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:**

See attached **Exhibit "B"**

7. **Debtor's fiscal or calendar year to date gross revenues and the Debtor's revenues for the calendar or fiscal year prior to the filing of the petition:**

**Debtor's Annual Net Revenues[2]:**

$20,683,000.00 (January 1, 2011 through April 29, 2011)

$62,965,000.00 (2010)

8. **Amounts owed to various creditors[3]:**

a. **Priority Creditors –** Approximately $2,447,133

b. **Secured Creditors –** Approximately $33,566,760

c. **Unsecured Creditors –** Approximately $13,253,557

d. **Equity Claims –** Approximately $37,668

---

[2] The Debtor only reports Net Revenues.
[3] Amounts listed exclude deferred taxes in the amount of $8,435,845 and minority interests in the amount of $6,976,243.  The total liability including deferred taxes and minority interests is approximately $64,717,206.

9.    **General description and approximate value of the Debtor's assets as of April 30, 2011:**

Total assets equal approximately $65,000,000.00 which includes, (i) cash in banks and in transit, (ii) amounts receivables from consumers and third parties, (iii) prepaid amounts, (iv) furniture, fixtures, computer software, (v) intangible assets associated with acquired enterprises (vi) other intangible assets (patient files and trade name associated with acquired enterprises), (vii) deposits, and (viii) cash held as collateral for a Line of Credit of $2,000.000.00 for AARP and cash security deposits for banks.

10.    **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:**

See attached **Exhibit "C"**

11.    **Number of employees and amounts of wages owed as of petition date:**

263 Full-Time and 97 Part-Time Employees with wages owed of approximately $771,000.

12.    **Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 Debtor (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):**

The sales and payroll tax obligations of the Debtor are approximately $106,500 as of the Petition Date.

13.    **Anticipated emergency relief to be requested within 14 days from the petition date:**

See attached **Exhibit "D",** which contains a list of the various "first day" motions and applications filed contemporaneously herewith for which emergency relief was sought.

Dated this 17th day of May, 2011.          Respectfully submitted,

HearUSA, Inc.

By: _____
        Joseph J. Luzinski
Its:  Chief Restructuring Officer

**EXHIBIT "A"**
**(Location of Debtor's Operations)**

| Region 1 - N. Florida | |
|---|---|
| Boca Raton | 19015 |
| Bonita Springs | 19067 |
| Boynton Beach | 19008 |
| Deerfield Beach | 19016 |
| Delray Beach | 19018 |
| Fort Lauderdale | 19007 |
| Fort Pierce | 19068 |
| Hollywood | 19001 |
| Jupiter | 19024 |
| Lake Worth | 19065 |
| Lauderhill | 19010 |
| Melbourne | 19066 |
| Ocean | 19069 |
| Pembroke Pines | 19005 |
| Port St. Lucie | 19063 |
| Stuart | 19061 |
| Village | 19003 |
| World Plaza | 19089 |

| Region 2 - S. Florida | |
|---|---|
| Aventura | 19012 |
| Coral Gables | 19051 |
| Hialeah | 19053 |
| Kendall | 19038 |
| Miami Lakes | 19004 |
| Westchester | 19052 |

| Region 3 - W. Florida | |
|---|---|
| Altamonte Springs | 19202 |
| Bradenton | 19095 |
| Brandon | 19093 |
| Brooksville | 19080 |
| New Port Richey | 19084 |
| N Pt Richey - Southgate | 19207 |
| North Tamiami | 19204 |
| Orlando | 19098 |
| Orlando - Columbia | 19206 |
| Osprey | 19096 |
| Palm Harbor | 19083 |
| Port Charlotte | 19088 |
| Sarasota | 19085 |
| St. Petersburg | 19082 |
| Sun City | 19091 |
| Tampa | 19092 |
| Zephyrhills | 19094 |

| Region 5 - North Carolina | |
|---|---|
| Lillington | 31012 |
| Matthews | 31014 |
| Monroe | 31006 |
| Mooresville | 31002 |
| Randolph | 31001 |
| Sun City | 50001 |

| Region 10 - Pennsylvania | |
|---|---|
| Carbondale | 48012 |
| Clarks Summit | 48011 |
| Scranton | 48010 |

| Region 11 - New York | |
|---|---|
| Amityville | 42013 |
| Broadway | 42011 |
| Bronx | 42003 |
| Brooklyn | 42021 |
| Carle Place | 42006 |
| Elmhurst | 42012 |
| Great Neck | 42018 |
| Howard Beach | 42008 |
| Islandia | 42004 |
| Levittown | 42020 |
| Lexington | 42002 |
| Riverhead | 42001 |
| Staten Island | 42009 |
| Suffern | 42024 |
| White Plains | 42005 |

| Region 12 - New Jersey | |
|---|---|
| Cherry Hill | 40007 |
| Deptford | 40006 |
| Eatontown | 40008 |
| Edison | 40005 |
| Moorestown | 40004 |
| Morristown | 40017 |
| Newark | 40015 |
| Paramus | 40002 |
| Princeton | 40003 |
| Raritan | 40014 |
| Succasunna | 40012 |
| Toms River | 40013 |
| WNY/Secaucus | 40001 |

| Region 14 - Mass. | |
|---|---|
| Arlington | 43652 |
| Burlington | 43654 |
| Malden | 43655 |
| Peabody | 43657 |
| Quincy | 43651 |
| Somerville | 43658 |

| Region 15 - NY North | |
|---|---|
| Arcade | 42203 |
| Auburn | 42210 |
| Brighton | 42211 |
| Catskill | 42206 |
| Greece | 42212 |
| Hudson | 42205 |
| Jamestown | 42201 |
| Kingston | 42207 |
| New Hartford | 42208 |
| Olean | 42202 |
| Rome | 42209 |
| Troy | 42204 |

| Region 23 - Ohio | |
|---|---|
| Akron | 29416 |
| Clifton | 29402 |
| Dublin | 29412 |
| Grove City | 29421 |
| Heath | 29441 |
| Northfield | 29417 |
| Reynoldsburg | 29414 |
| Western Hill | 29401 |

| Region 24 - Michigan | |
|---|---|
| Adrian-Broad St | 32687 |
| Ann Arbor | 32676 |
| Ann Arbor-S.Huron | 32689 |
| Bay City | 32686 |
| Beverly Hills | 32674 |
| Big Rapids | 32699 |
| Burton | 32683 |
| Chelsea | 32688 |
| Flint | 32672 |
| Flint Township | 32677 |
| Grand Blanc | 32673 |
| Grand Rapids | 32301 |
| Grandville | 32698 |
| Lansing | 32684 |
| Lapeer | 32678 |
| Livonia | 32675 |
| Muskegon | 32696 |
| Petoskey | 32700 |
| Saginaw | 32685 |
| St. Clair Shores | 32670 |
| Sterling Heights | 32690 |
| Tawas | 32680 |
| West Branch | 32681 |

| Region 25 - Missouri | |
|---|---|
| Columbia | 35921 |
| Concord | 35931 |
| Creve Coeur | 35913 |
| Florissant | 35914 |
| Frontenac | 35911 |
| Shrewsbury | 35916 |
| St. Peters | 35932 |

**EXHIBIT "B"**
**(List of Officers and Directors)**

## Directors, Executive Officers and Corporate Governance

| Name and Age | Position with the Company |
|---|:---:|
| Thomas W. Archibald | Director |
| Bruce N. Bagni | Director |
| Paul A. Brown | Director |
| Joseph L. Gitterman III | Director |
| Stephen J. Hansbrough[1] | Chief Executive Officer and Chairman of the Board |
| Michel Labadie | Director |
| David J. McLachlan | Lead Independent Director |
| Ozarslan A. Tangun[2] | Director |
| Stephen W. Webster | Director |
| Gino Chouinard | President and Chief Operating Officer |
| Frank Puñal | Senior Vice President and Chief Financial Officer |

---

[1] Mr. Hansbrough resigned his position with the Debtor on May 9, 2011.
[2] Mr. Tangun resigned his position with the Debtor on May 9, 2011.

3661414-1

## Executive Compensation

The following table presents summary information concerning 2010 compensation awarded or paid to, or earned by, (i) the Company's chief executive officer, (ii) the Company's chief financial officer and (iii) each of the other persons who served as executive officers in 2010 whose salary and bonus exceeded $100,000 (the "Named Executive Officers") for the year 2010.

### SUMMARY COMPENSATION TABLE

| Name and Principal Positions | Year | Salary ($) | Bonus ($) | Stock Awards ($) [4] | Option Awards ($) [5] | Nonequity Incentive Plan Compensation ($) | All Other Compensation ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|
| Stephen J. Hansbrough CEO and Chairman of the Board [1] | 2010 | 399,000 | --- | --- | 205,362 | --- | --- | 604,362 |
| | 2011 | 124,000 | --- | --- | --- | --- | --- | 124,000 |
| Gino Chouinard [2] President and Chief Operating Officer | 2010 | 333,000 | --- | --- | 114,090 | --- | --- | 447,090 |
| | 2011 | 104,000 | --- | --- | --- | --- | --- | 104,000 |
| Frank Puñal [3] Senior Vice President and Chief Financial Officer | 2010 | 238,000 | --- | --- | 68,454 | --- | --- | 306,454 |
| | 2011 | 74,000 | --- | --- | --- | --- | --- | 74,000 |

(1) The $99,408 non-equity incentive plan compensation reflected in 2009 was earned in 2009 as a cash incentive award for achievement by the Company of a 2009 adjusted net income and individual performance goals and paid in 2010. Mr. Hansbrough resigned his position with the Debtor on May 9, 2011.

(2) Mr. Chouinard was promoted to the position of president and chief operating officer on February 23, 2009. His compensation for 2008 reflects that earned by him in his role as president and chief financial officer. The $82,840 non-equity incentive plan compensation reflected in 2009 was earned in 2009 as a cash incentive award for achievement by the Company of 2009 adjusted net income and individual performance goals and paid in 2010. The $10,000 bonus reflected in 2008 was paid in 2008 as a discretionary bonus for 2007 performance.

(3) Mr. Puñal joined the Company on April 28, 2008, as the Company's chief accounting officer. He was promoted to the position of chief financial officer on February 23, 2009. His compensation for 2008 reflects that earned by him in his role as senior vice president and chief accounting officer. The $49,310 non-equity incentive plan compensation reflected in 2009 was earned in 2009 as a cash incentive award for achievement by the Company of 2009 adjusted net income and individual performance goals and paid in 2010.

(4) Does not reflect amounts actually received as compensation but represents the aggregate grant date fair value computed in accordance with FASB ASC Topic 718 based on the probable outcome of the performance conditions measures as of the grant date.  The grant date fair value of the 2010 performance based awards assuming achievement of the maximum performance criteria would be $127,575, $74,925 and $57,713 for Mr. Hansbrough, Mr. Chouinard and Mr. Puñal, respectively.  The grant date fair value of the 2009 performance based awards assuming achievement of the maximum performance criteria would be $121,500, $67,500 and $40,500 for Mr. Hansbrough, Mr. Chouinard and Mr. Puñal, respectively.  The grant date fair value of the 2008 performance based awards assuming achievement of the maximum performance criteria could be $292,000 and $191,100 for Mr. Hansbrough and Mr. Chouinard, respectively.   For a discussion of the assumptions used in calculating the expense, see Note 11 to the Consolidated Financial Statements in the Company's Annual Report on Form 10-K for the fiscal year ended December 26, 2009.

(5) Represents the aggregate grant date fair value computed in accordance with FASB ASC Topic 718.  For discussion of the assumptions used in calculating the expense, see Note 11 to the Consolidated Financial Statements in the Company's Annual Report on Form 10-K for the fiscal year ended December 25, 2010.

### Compensation of Directors

The following table provides information about compensation to directors during 2010. Directors have not been paid any fees to date for 2011.

### DIRECTOR COMPENSATION

| Name [1] | Fees Earned Or Paid in Cash ($) | Option Awards ($) [2] | All Other Compensation ($) | Total ($) |
|---|---|---|---|---|
| Thomas W. Archibald | 43,725 | 21,105 | --- | 64,830 |
| Bruce Bagni | 30,250 | 16,884 | --- | 47,134 |
| Joseph L. Gitterman III | 26,600 | 16,884 | --- | 43,484 |
| Paul A. Brown, M.D. | 30,000 | 16,884 | --- | 46,884 |
| Michel Labadie | 22,700 | 16,884 | --- | 39,584 |
| David J. McLachlan | 27,250 | 25,326 | --- | 52,576 |
| Ozarslan A. Tangun | 27,250 | 16,884 | --- | 44,134 |
| Stephen W. Webster | 31,900 | 21,105 | --- | 53,005 |

(1) Mr. Hansbrough was not compensated separately for his service on the Board of Directors. See Summary Compensation Table, above, for information relating to Mr. Hansbrough's compensation.

(2) On June 10, 2010, each non-employee director was granted a 10 year option to purchase up to 20,000 shares of Common Stock pursuant to the Company's 2007 Incentive Compensation Plan. The exercise price of those options was the market price on date of grant (closing price of the Common Stock on the date of the grant of $1.00) and the options vest ratably over three years commencing on the first anniversary of the grant. On June 10, 2010, Mr. McLachlan, as Lead Director, was granted a 10-year option to purchase up to 10,000 shares of Common Stock pursuant to the Company's 2007 Incentive Compensation Plan. The exercise price of those options was the market price on date of grant (closing price of the Common Stock on the date of the grant of $1.00) and the options vest ratably over three years commencing on the first anniversary of the grant. On June 10, 2010, Mr. Archibald, as Compensation Committee Chairman, was granted a 10-year option to purchase up to 5,000 shares of Common Stock pursuant to the Company's 2007 Incentive Compensation Plan. The exercise price of those options was the market price on date of grant (closing price of the Common Stock on the date of the grant of $1.00) and the options vest ratably over three years commencing on the first anniversary of the grant. On June 10, 2010, Mr. Webster, as Audit Committee Chairman, was granted a 10-year option to purchase up to 5,000 shares of Common Stock pursuant to the Company's 2007 Incentive Compensation Plan. The exercise price of those options was the market price on date of grant (closing price of the Common Stock on the date of the grant of $1.00) and the options vest ratably over three years commencing on the first anniversary of the grant. As of December 25, 2010, options granted to the non-employee directors and still outstanding were as follows: Thomas W. Archibald, 115,000; Bruce Bagni, 80,000; Paul A. Brown, MD., 60,000; Joseph L. Gitterman, 105,000; Michel Labadie, 105,000; David J. McLachlan, 135,000; Ozarslan A. Tangun, 45,000; and Stephen W. Webster, 75,000.

The Company pays each non-employee director a meeting fee of $1,300 for each in person meeting of the Board that they attend and a fee of $650 for each telephonic Board or special committee meeting in which they participate. For each committee meeting the Company pays $650. Each committee chair is paid an annual amount of $3,000 except that the Audit Committee Chairman is paid an amount of $4,000. The Company pays Dr. Brown an additional $30,000 per year in recognition of his service as chairman emeritus of the Board of Directors. In addition, the Company pays each non-employee director a cash annual retainer fee of $17,500 and an annual grant of 20,000 ten-year options (with an exercise price at the market price on date of grant, vesting ratably over three years) upon re-election to the Board. The Lead Independent Director receives an additional 10,000 options each year and the Chairman of the Audit Committee and of the Compensation Committee receive an additional 5,000 options each year at the time of the annual grants. The Company reimburses directors for their out-of-pocket expenses for attendance at meetings of the Board.

**EXHIBIT "C"**
**(List of Insurance Policies)**

HearUSA, Inc.

Schedule of Insurance
As of: 05.01.11

**USI Insurance Services**

200 West Cypress Creek Road
Ft. Lauderdale, FL  33309
(954) 607-4000
FAX (954) 607-4010



| Line of Coverage | Carrier | Policy Number | Retention or Deductible | Coverage and Limits | | Effective | Expiration | Premium | |
|---|---|---|---|---|---|---|---|---|---|
| Commercial Package* | American Economy (ROC)* country) | 02CE1439406 | $1,000** 72 Hours** | **Property & Liability Incl Professional*** | | 04.01.11 | 04.01.12 | $ | 164,238 |
| | | | | Blanket Personal Property | $14,924,140 | | | | |
| | | | | Blanket Business Income | $18,462,200 | | | | |
| | American States (NJ) | 01CH2751906 | $1,000 72 Hours | Blanket Personal Property | Included | 04.01.11 | 04.01.12 | $ | 20,328 |
| | | | | Blanket Business Income | Included | | | | |
| | *Rest of Country Excluding Coastal Locations for Property | | ***Various for wind by Location | Locations - per schedule | | | | | |
| | | | | Sub Limits | | | | | |
| | | | | Exterior Signs (per Schedule) | | | | | |
| | | | | Exterior Glass (as Required) | | | | | |
| | | | | Ordinance or Law | $ 100,000 | | | | |
| | | | | Property of Others | $ 25,000 | | | | |
| | | | | Arson Reward | $ 5,000 | | | | |
| | | | | Mold (fungus, wet rot, bacteria) | $ 15,000 | | | | |
| | | | | Forgery & Alteration | $ 5,000 | | | | |
| | | | | Money & Securities-Inside | $ 10,000 | | | | |
| | | | | Money & Securities -Outside | $ 5,000 | | | | |
| | | | | Consequential Damage | $ 25,000 | | | | |
| | | | | Pollutant Cleanup | $ 25,000 | | | | |
| | | | | Debris Removal | $ 25,000 | | | | |
| | | | | Accounts Receivable-Inside | $ 100,000 | | | | |
| | | | | Valuable Papers-Inside | $ 100,000 | | | | |
| | | | | Transit | $ 10,000 | | | | |
| | | | | Loss of Utility-Direct Damage | $ 25,000 | | | | |
| | | | | Loss of Utility-Time Element | $ 25,000 | | | | |
| | | | | Special Coverage | | | | | |
| | | | | Coinsurance Waived | | | | | |
| | | | | 180 Day Extended Bus Income | | | | | |
| | | | | | | | | | |
| | | | | *Policy is issued to include HEARx West, LLC & HEARx West Inc. but exposures and Premiums shown are for HearUSA, Inc. only | | | | | |

This schedule is only a general description of coverages provided.  For a detailed description of the terms of a policy, you must refer to the policy itself.  In the event of a conflict between this schedule and a policy, the policy will be controlling.

Page 1 of 6

# USI Insurance Services

200 West Cypress Creek Road
Ft. Lauderdale, FL  33309
(954) 607-4000
FAX (954) 607-4010



## HearUSA, Inc.

**Schedule of Insurance**
**As of:  05.01.11**

| Line of Coverage | Carrier | Policy Number | Retention or Deductible | Coverage and Limits | | Effective | Expiration | Premium | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Each Occurrence | $ 1,000,000 | | | | |
| | | | | Personal & Advertising Injury | $ 1,000,000 | | | | |
| | | | | Damage to Rented Premises | $ 200,000 | | | | |
| | | | | Medical Expense | $ 10,000 | | | | |
| | | | | General Aggregate* | $ 2,000,000 | | | | |
| | | | | Products/Completed Ops* | $ 2,000,000 | | | | |
| | | | | *Includes Professional | | | | | |
| | | | | *$3,000,000 applies in NY | | | | | |
| | | | | *Policy is issued to include HEARx West, LLC & HEARx West Inc. but exposures and Premiums shown are for HearUSA, Inc. only | | | | | |
| Property Policy | Ironshore | 000199601 | $10,000* *5% Named Storm-Wind/ $100,000 Min $10,000 All Other Wind | **Coastal Property Policy-Primary** (HearUSA Only) Contents, Improvements, Glass Sign & Loss of Business Income (Per Schedule on File) | $ 2,500,000 | 04.01.11 | 04.01.12 | $ | 172,484 |
| Property Policy | Arch Specialty | ESP003806101 | Following Form from Primary | **Coastal Property Policy-Excess** (HearUSA Only) Contents, Improvements, Glass Sign & Loss of Business Income (Per Schedule on File) | $ 7,500,000 | 04.01.11 | 04.01.12 | $ | 38,812 |

This schedule is only a general description of coverages provided.  For a detailed description of the terms of a policy, you must refer to the policy itself.  In the event of a conflict between this schedule and a policy, the policy will be controlling.

**Page 2 of 6**

USI

**HearUSA, Inc.**

Schedule of Insurance
As of: 05.01.11



**USI Insurance Services**

200 West Cypress Creek Road
Ft. Lauderdale, FL  33309
(954) 607-4000
FAX (954) 607-4010

| Line of Coverage | Carrier | Policy Number | Retention or Deductible | Coverage and Limits | Effective | Expiration | Premium |
|---|---|---|---|---|---|---|---|
| **Boiler & Machinery** | Travelers | BA-JBM211858<br>M623TIL11 | $2,500<br>24 Hours | **Equipment Breakdown**<br>Property Damage        $ 5,000,000<br>Business Income (Included)<br><br>1250 Northpoint Parkway<br>1100 Northpoint Parkway<br>West Palm Beach, FL 33407 | 04.01.11 | 04.01.12 | $ 1,520 |
| **Business Auto** | General Ins. Co. | 24CC1467656<br>(ROC)<br>24CC1549486<br>(NY) | <br><br><br><br><br><br>$500<br>$500<br>$1,000 | **Business Auto Policy\***<br>Liability Each Accident        $ 1,000,000<br>Personal Injury Protection        Statutory<br>Auto Medical Payments        $      5,000<br>Uninsured Motorists        $ 1,000,000<br>Comprehensive        ACV<br>Collision        ACV<br>Hired & Non-Owned Vehicles        $ 1,000,000<br>Hired Vehicle Physical Damage        $      50,000<br>1997 Toyota Tacoma ..212392<br>2010 Ford F250 ..70570 | 04.01.11<br><br>04.01.11 | 04.01.12<br><br>04.01.12 | $ 3,235<br><br>$ 1,558 |
| **Umbrella Liability** | American States | 01SU38550460 | $10,000<br>$10,000 | **Umbrella Liability\***<br>Each Occurrence        $ 15,000,000<br>Aggregate Limit        $ 15,000,000<br><br>\*Policy is issued to include<br>HEARx West, LLC & HEARx<br>West Inc. but exposures and<br>Premiums shown are for<br>HearUSA, Inc. only | 04.01.11 | 04.01.12 | $ 29,208 |

This schedule is only a general description of coverages provided.  For a detailed description of the terms of a policy, you must refer to the policy itself.  In the event of a conflict between this schedule and a policy, the policy will be controlling.

Page 3 of 6

**HearUSA, Inc.**

Schedule of Insurance
As of: 05.01.11

**USI Insurance Services**

200 West Cypress Creek Road
Ft. Lauderdale, FL 33309
(954) 607-4000
FAX (954) 607-4010



| Line of Coverage | Carrier | Policy Number | Retention or Deductible | Coverage and Limits | | Effective | Expiration | Premium | |
|---|---|---|---|---|---|---|---|---|---|
| Workers Compensation | Phoenix (Travelers) | YVYBNUB290K 903210 YDTENUB9403R 59110 | | **Workers Compensation** (HearUSA Only) | | 09.30.10 | 09.30.11 | $ | 43,881 |
| | | | | Employers Liability | Statutory by State | 09.30.10 | 09.30.11 | $ | 43,535 |
| | | | | Bodily Injury by Accident | $ 500,000 | | | | |
| | | | | Bodily Inj. by Disease - policy limit | $ 500,000 | | | | |
| | | | | Bodily Inj. By Disease - Each Emp. | $ 500,000 | | | | |
| Crime | Travelers | 105010616 | $5,000 | **Commercial Crime** | | 04.01.11 | 04.01.12 | $ | 1,644 |
| | | | | Employee Dishonesty | $ 35,000 | | | | |
| Bond | Travelers | 103118289 | | **ERISA Bond** (HearUSA Only) | | 10.01.10 | 10.01.13 | $ | 754 |
| | | | | Penalty (Limit) | $ 500,000 | | | | |
| Commercial Flood | Fidelity National | 0911500502B301 | $1,000 | **Contents** (HearUSA Only) 1250 Northpoint Parkway West Palm Beach, FL 33407 | $ 500,000 | 08.24.10 | 08.24.11 | $ | 928 |

This schedule is only a general description of coverages provided. For a detailed description of the terms of a policy, you must refer to the policy itself. In the event of a conflict between this schedule and a policy, the policy will be controlling.

**Page 4 of 6**

HearUSA, Inc.

Schedule of Insurance
As of: 05.01.11

USI Insurance Services

200 West Cypress Creek Road
Ft. Lauderdale, FL 33309
(954) 607-4000
FAX (954) 607-4010



| Line of Coverage | Carrier | Policy Number | Retention or Deductible | Coverage and Limits | Effective | Expiration | Premium |
|---|---|---|---|---|---|---|---|
| Directors & Officers | XL Specialty | ELU12076411 | -0-<br>$100,000<br>$100,000 | **Directors & Officers - Primary**<br>Aggregate Limit $10,000,000<br>Insuring Agreement 1A<br>Insuring Agreement 1B<br>Insuring Agreement 1C<br>Pending & Prior Litigation Date 11/21/1997<br>Addl insureds extends to:<br>HEARx West LLC & HEARx West, Inc. | 04.01.11 | 04.01.12 | $ 75,975 |
| Directors & Officers | Liberty Mutual | D04N777519003 | | **Directors & Officers**<br>Excess of $10,000,000 Primary $5,000,000<br>Addl insureds extends to:<br>HEARx West LLC & HEARx West, Inc. | 04.01.11 | 04.01.12 | $ 28,749 |
| Directors & Officers | Illinois Union (Ace) | DOXG2382 159A00 | | **Directors & Officers**<br>Excess Side A $5,000,000<br>Addl insureds extends to:<br>HEARx West LLC & HEARx West, Inc. | 04.01.11 | 04.01.12 | $ 47,917 |

This schedule is only a general description of coverages provided. For a detailed description of the terms of a policy, you must refer to the policy itself. In the event of a conflict between this schedule and a policy, the policy will be controlling.
Page 5 of 6

HearUSA, Inc.

Schedule of Insurance
As of:  05.01.11

**USI Insurance Services**
200 West Cypress Creek Road
Ft. Lauderdale, FL  33309
(954) 607-4000
FAX (954) 607-4010



| Line of Coverage | Carrier | Policy Number | Retention or Deductible | Coverage and Limits | Effective | Expiration | Premium |
|---|---|---|---|---|---|---|---|
| NetProtect | Illinois Union (Ace) | EONG255351 94001 | $25,000 $25,000 $0 $0 | **Cyber/Internet Liability**<br>Each Claim / Aggregate Limit $ 3,000,000<br>Contents or Privacy Injury or<br>Privacy Regulation Proceeding<br>Network Security Liability $ 3,000,000<br>Third Party Custodian Privacy<br>Injury - All Damages, Claim<br>Expenses, Public Relations<br>Events & First Party Loss<br>Regulatory Proceeding $ 500,000<br>Data Breach Expenses-Tier 1 $ 150,000<br>Data Breach Expenses-Tier 2 $ 250,000<br>Pending & Prior Litigation Date<br>08.28.09<br>Add'l insureds extends to:<br>HEARx West LLC & HEARx West, Inc.<br>******* | 04.01.11 | 04.01.12 | $42,616 |
| Executive Risk | Federal (Chubb) | 8207-7354 | $35,000 $75,000 | **Employment Practices**<br>Each Claim / Aggregate Limit $5,000,000<br>1st Party Retention<br>3rd Party Retention<br>Pending & Prior Retroactive Date<br>12.21.06 - first $3,000,000<br>04.01.10 - Excess $2,000,000<br>**Fiduciary Liability**<br>Each Claim / Aggregate Limit $5,000,000<br>Pending or Prior Retroactive Date<br>07.08.09 - first $3,000,000<br>04.01.10 - Excess $2,000,000<br>Add'l insureds extends to:<br>HEARx West LLC & HEARx West, Inc. | 04.01.11 | 04.01.12 | $ 49,692 |

This schedule is only a general description of coverages provided.  For a detailed description of the terms of a policy, you
must refer to the policy itself.  In the event of a conflict between this schedule and a policy, the policy will be controlling.
**Page 6 of 6**

## EXHIBIT "D"
### (First Day Motions and Applications)

a.    Debtor's Application for Approval, on an Interim and Final Basis, of Employment of Paul Steven Singerman and the Law Firm of Berger Singerman, P.A., as Counsel for Debtor in Possession, *Nunc Pro Tunc* to the Petition Date [D.E. No. 6];

b.    Debtor's Application for Approval, on an Interim and Final Basis, of Employment of Sonenshine Partners, as Investment Banker to the Debtor *Nunc Pro Tunc* to the Petition Date [D.E. No. 7];

c.    Debtor's Application for Approval, on an Interim and Final Basis, of Employment of Joseph J. Luzinski as Chief Restructuring Officer and Development Specialists, Inc, as financial advisor for Debtor in Possession, *Nunc Pro Tunc* to the Petition Date [D.E. No. 8];

d.    Debtor's Application for Approval of Employment of Trustee Services, Inc., as Claims, Noticing, Balloting and Solicitation Agent of the Bankruptcy Court Under 28 U.S.C. § 156(c), *Nunc Pro Tunc* to the Petition Date [D.E. No. 9];

e.    Debtor's Application for Approval of Employment of AlixPartners for Communication Consultant for the Debtor, *Nunc Pro Tunc* to the Petition Date [D.E. No. 10];

f.    Debtor's Motion to Establish Certain Notice, Case Management and Administrative Procedures [D.E. No. 11];

g.    Debtor's Emergency Motion for Approval of (i) Form and Manner of Notice of Commencement of Cases and (ii) Form for Filing Proofs of Claim [D.E. No. 12];

h.    Debtor's Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals [D.E. No. 13];[4]

i.    Debtor's Emergency Motion for (A) Authority to (I) Maintain Bank Accounts and to Continue to Use Existing Business Forms and Checks, and (II) Continue to Use Existing Cash Management System, and (B) Waiver of Certain Investment and Deposit Guidelines [D.E. No. 14];

j.    Debtor's Emergency Motion For Authority To (I) Pay Prepetition Wages And Other Employment-Related Costs And Expenses, And To Honor Vacation And Sick Leave Rights; And (II) Honor Major Accounts Agreement With ADP, Inc. [D.E. No. 15];

k.    Debtor's Emergency Motion for Authorization to Pay Prepetition Sales, Use, Franchise, Trust Fund and Other Taxes and Similar Obligations [D.E. No. 16];

---

[4] This is being filed on the first day but emergency relief is not being sought.

3644921-3

l.     Debtor's Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies and Related Agreements; (II) Continue Certain Related Premium Financing Agreements; and (III) Honoring Certain Obligations in Respect Thereof [D.E. No. 17];

m.     Debtor's Motion For Interim And Final Orders Under 11 U.S.C. §§ 361, 362, 363, And 364, Fed. R. Bankr. P. 4001(b) And (c), And Local Bankruptcy Rules 4001-2 And 4001-3, (A) Authorizing Debtor To Incur Postpetition Indebtedness, (B) Granting Security Interests And Superpriority Expense Claims, (C) Authorizing Use Of Cash Collateral, And (D) Granting Other Relief [D.E. No. 18];

n.     Debtor's Emergency Motion for Authorization to (I) Pay Managed Care Providers and Perform Managed Care Contracts in the Ordinary Course of Business, and (II) Maintain Network Relationship and Current Payment Arrangements with Hearing Care Solutions [D.E. No. 19];

o.     Debtor's Emergency Motion to Honor License Agreement and Service Agreement with AARP in the Ordinary Course of Business [D.E. No. 20];

p.     Debtor's Emergency Motion For Authorization To Continue to Honor Agreements with HEARxWest [D.E. No. 21];

q.     Debtor's Emergency Motion Seeking Approval to Retain and Employ Professionals Utilized in the Ordinary Course of Business [D.E. No. 22];

r.     Debtor's Motion for Determination That The Appointment Of A Patient Care Ombudsman Is Unnecessary [D.E. No. 23];[5]

s.     Debtor's Motion Requesting Appointment of Consumer Ombudsman [D.E. No. 24];[6]

t.     Debtor's Emergency Motion for an Order Authorizing Payment of Pre-Petition Claims of Critical Vendors [D.E. No. 25]; and

u.     Debtor's Motion for Entry of Order (A) Approving Competitive Bidding and Sale Procedures; (B) Approving Form and Manner of Notices; (C) Approving Form of Asset Purchase Agreement; (D) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases; (E) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (F) Granting Related Relief [D.E. No. 27].[7]

---

[5] This is being filed on the first day but emergency relief is not being sought.
[6] This is being filed on the first day but emergency relief is not being sought.
[7] This is being filed on the first day but emergency relief is not being sought.