UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

                                                                                           Chapter 11 Case

HearUSA, Inc.,                                                  Case No. 11-23341-EPK

      Debtor.
_____/

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Genovese, Joblove & Battista, P.A. hereby appear in the above-captioned cases as counsel for AARP and AARP Services, Inc. ("ASI"), and enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2002-1 and 2090-1 of the Local Bankruptcy Rules, and hereby request that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers, and e-mail addresses:

                                  Paul J. Battista, Esq.
                                  Allison R. Day, Esq.
                                  Genovese, Joblove & Battista, P.A.
                                  100 Southeast 2nd Street, 44th Floor
                                  Miami, Florida 33131
                                  Tel: (305) 349-2300
                                  Fax: (305) 349-2310
                                  E-mail: pbattista@gjb-law.com
                                  E-mail: aday@gjb-law.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

Dated:  May 20, 2011                              Respectfully submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A**.
*Counsel for AARP and ASI*
100 Southeast  2nd Street , 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile:  (305) 349-2310

By:  */s/ Allison R. Day*
       Allison R. Day
       Fla. Bar No.  494097
       aday@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Appearance and Demand for Service of Papers was served via facsimile, CM/ECF, and/or first-class postage-prepaid U.S. Mail to all parties on the attached Service List on this 20th day of May, 2011.

*/s/      Allison R. Day, Esq.*
       Allison R. Day

## Service List

*Debtor*
**HearUSA, Inc.**
1250 NorthPoint Parkway
West Palm Beach, FL 33407
Tax ID / EIN: 22-2748248

*Counsel for Debtor*
**Brian K Gart, Esq.**
Berger Singerman, P.A.
350 E Las Olas Blvd #1000
Ft Lauderdale, FL 33301
(954) 525-9900
Email: bgart@bergersingerman.com

**Paul Steven Singerman, Esq.**
**Debi Evans Galler, Esq**.
Berger Singerman, P.A.
200 S Biscayne Blvd #1000
Miami, FL 33131
(305) 755-9500
Email: singerman@bergersingerman.com
Email: dgaller@bergersingerman.com


*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285