UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                                  CHAPTER 11

HearUSA, INC.,                                                     CASE NO.:  11-23341-EPK

_____Debtor._____/

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit "A". Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to:  All parties on the attached service list on this the 25th day of May, 2011.


Donald F. Walton
United States Trustee
Region 21


By:         /s/_____
Heidi A. Feinman
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130
Tele:  (305) 536-7285
Fax:  (305) 536-7360
heidi.a.feinman@usdoj.gov

# EXHIBIT A

\*Susan Andera Tornblom, Finance Director  
Hansaton Accoustics Inc.  
15650 36th Avenue North  
Suite 110  
Plymouth, MN 55435  
Tele:  763-331-3784  
Fax:  763-331-3073                                    EMAIL - susan.tornblom@hansaton.com

Chad Evers  
Phonak LLC  
4520 Weaver Parkway  
Warrenville, IL 60555  
Tele:  630-821-5201  
Fax:  630-393-7400                                    EMAIL - chad.evers@phonak.com

Cheryl Palacios, Assistant  
Family Hearing Aid Center  
309 Nolana  
Suite 1-W  
McAllen, TX 78504  
Tele:  956-630-4327  
Fax:  956-630-4461                                    EMAIL - littlesummit@yahoo.com

Daniel Stansky, COO  
JKG Group  
990 Rogers Circle  
Suite 8  
Boca Raton, FL 33487  
Tele:  561-628-6927  
Fax:  866-537-0425                                    EMAIL - dstansky@jkggroup.com

Matthew E. Lahood  
Dalco Contingency, LLC  
1595 Peachtree Parkway  
Suite 204-338  
Cumming, GA 30041  
Tele:  678-687-1435  
Fax:  775-490-5812                                    EMAIL - mlahood@dalcoinc.com

\* Indicates the temporary chairperson of the committee.

**SERVICE LIST**

| | |
|---|---|
| Eric C Cotton | ecotton@ddr.com |
| Allison R Day | aday@gjb-law.com; gjbecf@gjb-law.com |
| Debi Evans Galler | dgaller@bergersingerman.com; jalvarez@bergersingerman.com; efile@bergersingerman.com |
| Brian K Gart | bgart@bergersingerman.com; clamb@bergersingerman.com; efile@bergersingerman.com |
| Mindy A. Mora | mmora@bilzin.com; laparicio@bilzin.com; abeck@bilzin.com; eservice@bilzin.com; lflores@bilzin.com |
| Paul Steven Singerman | singerman@bergersingerman.com; efile@bergersingerman.com |

Melinda Moore
Advisory Financial Group
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, FL 33301