UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

HearUSA, INC.   CHAPTER 11

　　　Debtor.   CASE NO.: 11-23341-BKC-EPK

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Daniel L. Gold, Esquire, of the law firm Ehrenstein Charbonneau Calderin, gives notice of his appearance as proposed counsel[1] for The Official Committee of Unsecured Creditors (the "Committee"), in the above-styled case pursuant to Federal Rule of Bankruptcy Procedure 2002, and requests that all notices, pleadings, motions, orders and other documents filed in this proceeding, including but not limited to any adversary proceedings commenced in connection with the above-captioned case, be served upon the undersigned.  All such documents should be addressed as follows:

**EHRENSTEIN CHARBONNEAU CALDERIN**
Daniel L. Gold, Esq.
Attorneys for The Official Committee of Unsecured Creditors
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T 305.722.2002     F 305.722.2001
E-Mail: dg@ecclegal.com

Dated: May 26, 2011.

　　　*I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**EHRENSTEIN CHARBONNEAU CALDERIN**
Proposed Attorneys for the Committee
501 Brickell Key Drive, Suite 300
Miami, FL  33131
T. 305.722.2002      F. 305.722.2001

By:  ___/s/   Daniel L. Gold_____
　　　Daniel L. Gold, Esquire
　　　Florida Bar No.: 761281
　　　dg@ecclegal.com

---

[1] Contemporaneous with the filing of the instant Notice, The Committee has filed its Application for Approval of Employment of Ehrenstein Charbonneau Calderin as Counsel [ECF# 84].

**EHRENSTEIN CHARBONNEAU CALDERIN**
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.eccleagl.com