UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

          CHAPTER 11

HearUSA, INC.,          CASE NO.: 11-23341-EPK
    Debtor.
_____/

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Robert A. Schatzman and Steven J. Solomon of the firm of GrayRobinson, P.A., 1221 Brickell Avenue, Suite 1600, Miami, FL 33131, file this Notice of Appearance as local counsel in this case for William Demant Holding A/S ("WDH").

Pursuant to 2002(a), (b), (c), and (i) and 3017(a) of the Federal Rules of Bankruptcy Procedures, the undersigned hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, disclosure statement, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever. The undersigned further requests that the Clerk add them to the matrix in this case.

By filing this Notice of Appearance, WDH neither consents to nor waives (as applicable) any of the following: (i) any objection it may have as to the jurisdiction of the Bankruptcy Court to determine any specific adversary proceeding or contested matter; (ii) any objection it may have

concerning whether any specific adversary proceeding or contested matter is a core proceeding within the meaning of 28 U.S.C. §157; (iii) any objection it may have concerning whether the Bankruptcy Court may enter a final order or judgment in any non-core proceeding; (iv) any right to jury trial to which it may otherwise be entitled pursuant to the United States Constitution or other applicable law; or (v) any objection it may have concerning whether the Bankruptcy Court may conduct any jury trial to which WDH may otherwise be entitled.

  I HEREBY CERTIFY that a true copy hereof has been electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                GRAYROBINSON, P.A.
                1221 Brickell Avenue, Suite 1600
                Miami, Florida 33131
                Tel: 305-416-6880
                Fax: 305-416-6887

                By: /s/ Steven J. Solomon_____
                  Robert A. Schatzman, Esq.
                  Florida Bar No.: 0139008
                  Steven J. Solomon, Esq.
                  Florida Bar No.: 931969

                *Local Counsel for William Demant Holding A/S*

\7\325 - # 485109 v1