PATTERSON OFF SUP    Fax 2173722270    Jun 22 2011 02:09pm    P001/001

1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:  ) CHAPTER 11
        )
HearUSA, Inc.,  ) Case No. 11-23341-BKC-EPK
        )
        )  **NOTICE OF TRANSFER OF CLAIM**
    Debtor  )  **OTHER THAN FOR SECURITY AND**
        )  **WAIVER OF NOTICE**
        )

Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of **PATTERSON OFFICE SUPPLIES** ("Transferor") against the Debtor in the amount of **$245.86**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all other claims of Transferor have been transferred and assigned other than for security to DACA 2010L, LP ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than **$245.86** and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to DACA any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**PATTERSON OFFICE SUPPLIES**
**27101 NETWORK PL  CHICAGO IL 60673**

Print Name: Peggy Mixell for POS    Title: Collection Specialist
Signature: Peggy Mixell    Date: 6/22/11
Updated Address if needed): PO Box 9009, Champaign, IL 61826
Phone: 217-351-5400    Fax: 217-372-2270    E-Mail: peggy.mixell@pattersoncompanies.co
Federal Tax Identification / Social Security Number: 41-1833619

TRANSFEREE:
DACA 2010L, LP
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _____
            Andrew Whatnall

Mail Ref# -111
2600977

1