# United States Bankruptcy Court

## For the Southern District of Florida

In re Hearusa, Inc. , Case No. 11-23341

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Claims Recovery Group LLC | Rgm Limited |
|---|---|
| Name of Transferee | NAME of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim# (if known):   17 |
|---|---|
| | Amount of Claim: |
| Claims Recovery Group LLC | Scheduled:           $40,312.50 |
| 92 Union Ave | Proofs of Claim:    $40,312.50 |
| Cresskill, NJ 07626 | Date Claim Filed:   06/06/2011 |
| Phone:  (201) 266-6988 | Phone: |
| Last Four Digits of Acct#:_____ | Last Four Digits of Acct#:_____ |

Name and Address where Transferee payments should be sent (if different from above);
SAME AS ABOVE

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Allison R. Axenrod       Date: 06/30/2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court

For the Southern District of Florida

In re Hearusa, Inc. , Case No. 11-23341

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 17 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/30/2011.

| Claims Recovery Group LLC | Rgm Limited |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| 92 Union Avenue, Cresskill, NJ 07626 | 1609 Camden Rd , , Marshville , NC 28103 |
| Address of Alleged Transferor | Address of Transferee |

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

**NOTICE OF TRANSFER AND WAIVER**

Rgm Limited ("Seller"), sells, transfers and assigns unto Claims Recovery Group LLC, with an address at 92 Union Avenue, Cresskill, NJ 07626, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against Hearusa, Inc. or any of its co-debtor subsidiaries or affiliates (the "Debtor"), in the aggregate amount of $40,312.50, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, for the Southern District of Florida , jointly administered as Case No. 11-23341.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 06/17/2011.

By: /s/ Robert McCoy
 Signature

 Robert McCoy
 Print Name/Title
 Rgm Limited

IN WITNESS WHEREOF, Purchaser has signed below as of Thursday, June 23, 2011.

By: /s/ Robert Axenrod
 Robert M. Axenrod, Claims Recovery Group LLC