United States Bankruptcy Court

Southern District of Florida
-------------------------------------------------------------
                                                :
In re:                                          :
    **HearUSA, Inc.**                             :
                                                :   Chapter 11
                                                :   Case No. 11-23341
                                                :
                       Debtor    :
-------------------------------------------------------------


### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM


PLEASE TAKE NOTICE that the transfer of claim from **Dade Super Cool, Inc.** in the amount of **$3,527.06** is hereby withdrawn by Argo Partners.


Dated: July 11, 2011

<u>/s/ Matthew V. Binstock</u>
Matthew V. Binstock
Argo Partners
(212) 643-5446