UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Case |
| HearUSA, Inc.,[1] | Case No. 11-23341-BKC-EPK |
| Debtor._____/ | |

### NOTICE OF IDENTITY OF COMPETING BIDDER AND AGGREGATE CONSIDERATION OFFERED

In accordance with the *Order (A) Approving Competitive Bidding and Sale Procedures; (B) Approving Form and Manner of Notices; (C) Approving Asset Purchase Agreement; (D) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases; (E) Authorizing Sale of Substantially all the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (F) Granting Related Relief* entered by the Court on June 8, 2011 (the "Bid Procedures Order") (D.E. # 132), HearUSA, Inc. (the "Company" or the "Debtor"), by and through undersigned counsel, hereby provides notice that it has received a timely bid from Audiology Distribution, LLC, an affiliate of Siemens Hearing Instruments, Inc. ("Siemens"), offering aggregate consideration of $97,574,000 (which amount includes $60,332,000, plus a proposed elimination of a rejection claim under a supply agreement with the Debtor which Siemens asserts is $37,242,000 of equivalent consideration)[2].

---

[1] The address of the Debtor is 1250 Northpoint Parkway, West Palm Beach, Florida 33407; and the last four digits of the taxpayer identification number of the Debtor are (8248).

[2] No determination has been made as to the value to be assigned to the proposed elimination of the rejection claim. The Debtor reserves all rights to object to any rejection claim.

3788988-1

The $60,332,000 amount of the bid includes (i) $30,740,000, representing a portion of the outstanding principal amount of an asserted secured claim[3] against the Debtor which Siemens seeks to be credit bid pursuant to 11 U.S.C. § 363(k), (ii) repayment of the outstanding amount of the Debtor's DIP Loan at Closing, (iii) the assumption of certain liabilities, and (iv) the payment of certain cure costs.

In accordance with the Bid Procedures Order, a complete copy of the Siemens Bid has been timely received by the Debtor and its representatives, counsel for the Committees, and counsel for the Proposed Purchaser.

Dated: July 25, 2011

BERGER SINGERMAN, P.A.
*Counsel for Debtor*
350 E. Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Tel. (954) 525-9900
Fax (954) 523-2872

and

200 S. Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone:  (305) 755-9500
Facsimile:   (305) 714-4340

By:   /s/  Brian K. Gart
        Brian K. Gart
        Florida Bar No. 381152
        bgart@bergersingerman.com
        Debi Evans Galler
        Florida Bar No. 0985236
        dgaller@bergersingerman.com

---

[3] The Debtor reserves all rights to object to all or any portion of Siemen's asserted secured claim.

3788988-1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that true and correct copy of the foregoing was served on the 25th day of July, 2011, via the Court's CM/ECF system on all registered users in this case.

      /s/  Brian K. Gart
    Brian K. Gart, Esq.
    Florida Bar No. 381152

**11-23341-EPK Notice will be electronically mailed to:**

Brett M Amron on behalf of Creditor Flamingo Marketplace Shoppes, LTD
bamron@bastamron.com,
jeder@bastamron.com,dquick@bastamron.com,kparrales@bastamron.com,jmiranda@bastamron.com;mromero@bastamron.com

Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC
allison@claimsrecoveryllc.com

Eyal Berger on behalf of Creditor Captain Investment, Inc.
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Jeffrey S. Berlowitz on behalf of Creditor SVF Kendall Mall, LLC
jberlowitz@siegfriedlaw.com, mmedina@siegfriedlaw.com

Mark D. Bloom on behalf of Interested Party The Official Committee of Equity Security Holders
bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com;reisinoa@gtlaw.com

Steven R Braten on behalf of Creditor Village Commons WPB LLC
sbraten@collectionslawfirm.com

Robert P. Charbonneau on behalf of Creditor Committee The Official Committee of Unsecured Creditors
rpc@ecccounsel.com,
phornia@ecccounsel.com;nsocorro@ecclegal.com;sconsuegra@ecclegal.com;jquinones@ecclegal.com

Eric C Cotton on behalf of Creditor DDRM Midway Plaza LLC
ecotton@ddr.com

Allison R Day on behalf of Creditor AARP
aday@gjb-law.com, gjbecf@gjb-law.com

3788988-1

Debt Acquisition Group (Loren)
aloren@debtacq.com, bschwab@debtacq.com;jsarachek@debtacq.com

Fair Harbor Capital LLc (Knox)
vknox@fairharborcapital.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Debi Evans Galler on behalf of Debtor HearUSA, Inc.
dgaller@bergersingerman.com, jalvarez@bergersingerman.com,efile@bergersingerman.com

Brian K Gart on behalf of Debtor HearUSA, Inc.
bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com

Gary S. Glasser on behalf of Creditor Somerset Shoppes FLA LLC
gsg50@msn.com

Daniel L. Gold on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgold@ecccounsel.com,
phornia@ecclegal.com;nsocorro@ecclegal.com;sconsuegra@ecclegal.com;jquinones@ecclegal.com

Kelly C Griffith on behalf of Creditor Keating Boulevard Associates, LLC
kgriffith@harrisbeach.com

Hollie N Hawn on behalf of Creditor Broward County
hhawn@broward.org

Julie E Hough on behalf of Interested Party Cisco Systems Capital Corporation
jhough@houghlawgroup.com,
Houghrobson@gmail.com;sramirez.hr@gmail.com;jmaceira@houghlawgroup.com

Richard A Johnston on behalf of Creditor Susan Musinger
richard.johnston@fowlerwhite.com,
cynthia.ferguson@fowlerwhite.com;ann.greulich@fowlerwhite.com;pgiordano@fowlerwhite.com

Kenneth M Jones on behalf of Creditor Ford Motor Credit Company LLC
kjones@moodyjones.com

Wojciech F Jung on behalf of Creditor William Demant Holding A/S
wjung@lowenstein.com

Harris J. Koroglu on behalf of Creditor MSKP Murdock, LLC
hkoroglu@shutts.com, jgoodwin@shutts.com

3788988-1

Sharon L Levine on behalf of Creditor William Demant Holding A/S
slevine@lowenstein.com

John D Malone on behalf of Stockholder Rodney McFadden
myra@johnmalonepc.com, john@johnmalonepc.com;rdmcfadden@gmail.com

Frank F McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Robert K Minkoff on behalf of Creditor Jefferies Leveraged Credit Products, LLC
rminkoff@jefferies.com, jbrass@jefferies.com;mrichards@jefferies.com

Mindy A. Mora on behalf of Creditor Siemens Hearing Instruments, Inc.
mmora@bilzin.com,
laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Heather L. Ries on behalf of Creditor Spectrum Brands, Inc.
hries@foxrothschild.com, mbird@foxrothschild.com

Grace E Robson on behalf of Creditor Developers Diversified Realty Corporation
grobson@mrthlaw.com, jbruner@mrthlaw.com;mrthbkc@gmail.com

Christian R Sawczyn on behalf of Creditor Hansaton Acoustics Inc.
rsawczyn@sbwlegal.com, ehirshfeld@sbwlegal.com

Robert A. Schatzman on behalf of Creditor William Demant Holding A/S
robert.schatzman@gray-robinson.com, marilyn.rivera@gray-robinson.com;lisa.negron@gray-robinson.com

Susan R Sherrill-Beard on behalf of Interested Party U.S. Securities and Exchange Commission
sherrill-beards@sec.gov, atlreorg@sec.gov

Paul Steven Singerman on behalf of Debtor HearUSA, Inc.
singerman@bergersingerman.com, efile@bergersingerman.com;mruiz@bergersingerman.com

Jesse Stellato on behalf of Interested Party The Official Committee of Equity Security Holders
stellatoj@gtlaw.com, thompsonc@gtlaw.com;cabreraf@gtlaw.com

James S Telepman on behalf of Creditor Celestial Asset Holdings, LLC
jst@fcohenlaw.com

Janette M Wester on behalf of Creditor Landings of Sarasota Florida, LLC
jmw@mechaniknuccio.com

3788988-1

Eric B Zwiebel on behalf of Creditor GE Capital Corporation
ezwiebel@bellsouth.net

3788988-1