B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida
West Palm Beach Division

```
U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB
JUL 26 2011
FILED __MZ__ RECEIVED____
```

In re: HearUSA, Inc.                                    Case No. 11-23341

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), F.R.B.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Pioneer Credit Opportunities Fund, LP | Metrolina Hearing Aids, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments to transferee should be sent:

Pioneer Credit Opportunities Fund, LP
Greeley Square Station, PO Box 20188
New York, NY 10001
Phone: (646) 237-6969

Name and Address where notices to transferor should be sent:

Metrolina Hearing Aids, Inc.
2230 Sagamore Road
Charlotte, NC 28209
Phone: (980) 230-9481

Court Claim # (if known): _____
Amount of Claim: $90,468.75
Date Claim Filed: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 7/22/11
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

07/14/2011  14:53     RECEIVED  07/14/2011 15:31    7043335003           JAMES H HENDERSON
                      8282675525                    NATIONAL CIRCUIT                 PAGE  02/03

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

Metrolina Hearing Aids, Inc., its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P. and any of its successors, assigns or designees ("Assignee"), pursuant to the terms of an Assignment of Claim Agreement between Assignor and Assignee, all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $90,468.75 (the "Claim") against HearUSA, Inc. (the "Debtor"), Debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of Florida (the "Court"), administered under HearUSA, Inc. as Case No. 11-23341, and the relevant portion of any and all proofs of claim (No. ___) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 14 day of July, 2011.

ASSIGNOR:  
_____  
(Signature)

David Bowles  
(Print Name)

Metrolina Hearing Aids, Inc.  
(Company Name)

President  
(Title)

ASSIGNEE:  
_____  
(Signature)

Adam D. Stein-Sapir  
(Print Name)

Pioneer Credit Opportunities Fund, L.P.  
(Company Name)

Managing Member  
(Title)