UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA (West Palm Beach)

In re:

HearUSA, Inc

Debtor.

Case No.   11-23341

Chapter 11

<u>NOTICE OF TRANSFER OF CLAIM (APPEARING IN THE DEBTOR'S SCHEDULES) PURSUANT TO F.R.B.P. 3001(E)(1) or (3)</u>

To: (Transferor)

Greenberg Traurig, P.A
777 S. Flager Drive, Ste 300E
West Palm Beach, FL 33401

Your claim, in the amount of $20,207.68 has been transferred, unless previously expunged by court order to:

Riverside Claims LLC
Post Office Box 626
Planetarium Station
New York, NY 10024-0540

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:

UNITED STATES BANKRUPTCY COURTS
SOUTHERN DISTRICT OF FLORIDA (WEST PALM BEACH)
FLAGLER WATERVIEW BUILDING
1515 NORTH FLAGER DRIVE
8TH FLOOR
WEST PALM BEACH, FL 33401

-- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

Refer to Internal Control No._____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____
CLERK

FOR CLERK USE ONLY: THIS NOTICE WAS MAILED TO THE FIRST NAMED PARTY BY FIRST CLASS MAIL, POSTAGE PAID ON _____, 2011.

INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)_____
Copy to Transferee:_____
Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

Greenberg Traurig, P.A., a ___Florida___ [MDB] corporation, for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Riverside Claims LLC, with a mailing address of PO Box 626, Planetarium Station, New York, New York 10024, its successors and assigns ("Buyer") all rights, title and interest in and to the claims of Seller in the aggregate amount of **$20,207.68** [as stated in the Proof of Claim/ Debtor's Schedules] against **HearUSA, Inc** (the "Claim") in the United States Bankruptcy Court for the **Southern District of Florida (West Palm Beach)**, (Case No. 11-23341) or any other court with jurisdiction.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Sale of Claim as an unconditional transaction and the Buyer herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Buyer.

IN WITNESS WHEREOF, dated the __27th__ day of __June__ 2011.

WITNESS:

By: _[signature]_
(Signature of authorized corporate officer)

_____
(Signature)

__Mark D. Bloom, Principal Shareholder__
(Print name and title of authorized corporate officer)

_____
(Print name and title of witness)

__305 579-0537__
(Telephone number of corporate officer)

4